# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANY CISNEROS PALMA, RODOLFO CISNEROS DOMINGUEZ, and GERARDO CISNEROS, individuals on behalf of themselves, the State of California, as a private attorneys general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>Defendants. | Case Number: 2:21-cv-02005-MCE-AC<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS UNTIL AFTER COMPLETION OF PRIVATE MEDIATION**<br><br>Action Filed: July 23, 2021<br>Action Removed: October 29, 2021<br>Trial Date: None Set |

**<u>ORDER</u>**

Upon due consideration of the parties' Stipulation and Joint Request to Stay Proceedings Until After Completion of Private Mediation, and good cause appearing, the Court GRANTS the Parties' request and hereby orders the following:

1. All dates currently set by this Court are VACATED and the matter is STAYED pending the Parties' completion of private mediation;

2. Should the parties require any involvement by the Court prior to private mediation, or should the parties succeed in resolving this matter at the private mediation, the Parties will promptly inform the Court;

3. Should the Parties be unable to resolve this matter, the Parties will submit a joint status report to the Court on or before May 25, 2022 (30 days after the April 25, 2022) to advise of the status of this matter and to reschedule the Parties' Scheduling Conference so that the Court may issue a Scheduling Order; and

4. This stay is without prejudice as to Defendant's ability to bring any motion to compel individual arbitration of the Plaintiffs' claims.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE