**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Kyle D. Smith (SBN 280489)
ks@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiffs, the Putative Class, and the Aggrieved Employees

[*Additional Counsel Listed on the Next Page*]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANY CISNEROS PALMA, RODOLFO CISNEROS DOMINGUEZ, and GERARDO CISNEROS, individuals on behalf of themselves, the State of California, as a private attorneys general, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BMC WEST, LLC, a Delaware Limited Liability Company; and DOES 1 TO 50,<br><br>    Defendants. | Case Number: 2:21-cv-02005-MCE-AC<br><br>(Sacramento County Superior Court Case No. 34-2021-00304858)<br><br>**Order Dismissing Entire Action Without Prejudice**<br><br>Complaint Filed:  July 23, 2021<br>Action Removed:  October 29, 2021<br>Trial Date:        None Set |

**LAW OFFICES OF DURHAM & NG**
Jonathan Durham (SBN 278227)
jonathandurhamlaw@gmail.com
Ned B. Ng (SBN 282270)
nedbng@law916.com
4600 Northgate Boulevard, Suite 145
Sacramento, California 95834
Phone: (916) 800-2531
Fax: (888) 321-4869

Attorneys for Plaintiffs, the Putative Class, and the Aggrieved Employees

**BALLARD ROSENBERG GOLPER & SAVITT, LLP**
Matthew B. Golper (SBN 275979)
1560 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Phone: (818) 508-3700
Fax: (818) 506-4827

Attorneys for Defendant BMC West, LLC

**ORDER**

Pursuant to the joint stipulation between Plaintiffs Geovany Cisneros Palma, Rodolfo Cisneros Dominguez, and Gerardo Cisneros and Defendant BMC West, LLC, and for good cause appearing, IT IS HEREBY ORDERED that:

1. This case is hereby DISMISSED in its entirety, without prejudice.
2. Each party shall bear its own costs, fees, and expenses, including attorneys' fees, except as is otherwise provided in their settlement.
3. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE